its judgment to be given in the premises, it seems to
the Court that there is no error in the said judment;
it is, therefore, considered, ordered and adjudged by the
Court that the said judgment of the Circuit Court be,
and the same is, hereby affirmed.

All concur.

--------

A.. L. WATKINS, *Appellant,* v. LEE AYCOCK, MARVIN AY-
COCK, JOHN T. AYCOCK, IDA EVERS, JOINED BY HER
HUSBAND, T. H. EVERS, MELLIE EVERS, JOINED BY HER
HUSBAND, AVILL EVERS, AND NETTIE LASTINGER, JOINED
BY HER HUSBAND, W. A. LASTINGER, *Appellees.*

Opinion filed February 13, 1919.

An Appeal from a Decree of the Circuit Court within
and for the County of Hillsborough; F. M. Robles, Judge.

Decree affirmed.

*H. P. Bailey,* for Appellant;

*W. T. Martin,* for Appellees.

PER CURIAM—This cause having been submitted to the
Court at a former term upon a transcript of the record
of the decree aforesaid, and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court now being advised of its judg-
ment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is therefore,
considered, ordered and adjudged by the Court that the

said decree of the Circuit Court be, and the same is, hereby affirmed .

All concur.

---

REBECCA PINDER, *Appellant*, v. NORWOOD L. PINDER AS GUARDIAN OF JAMES RICHARDSON PINDER AND CLARA PINDER, WIFE OF JAMES RICHARDSON, PINDER, *Appellee*.

Opinion filed February 13, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Dade; H. Pierre Branning, Judge.

Decree affirmed.

*G. A. Worley & Son,* for Appellant;

*Hudson, Wolfe & Cason,* for Appellee.

PER CURIAM—This cause having been submitted to the Court at a former term upon a transcript of the record of the decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court now being advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is, hereby affirmed .

All concur.